No. 87–1714.   ELMENDORF v. SHALER AREA SCHOOL DISTRICT.   Pa. Commw. Ct.   Certiorari denied.

No. 87–1723.   ENGLISH v. PABST BREWING CO. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–1730.   APONTE ROQUE, SECRETARY OF DEPARTMENT OF EDUCATION OF PUERTO RICO v. KERCADO-MELENDEZ.   C. A. 1st Cir.   Certiorari denied.

No. 87–1744.   PHILLIPS v. CITY OF MARTINEZ, CALIFORNIA, ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 87–1770.   DAMASCUS v. BORGIA ET AL.   C. A. 9th Cir. Certiorari denied.

No. 87–1820.   HYSLEP ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 11th Cir.   Certiorari denied.

No. 87–1831.   COOK COUNTY COLLEGE TEACHERS UNION LOCAL 1600, AFT, AFL–CIO v. CITY COLLEGES OF CHICAGO, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT #508, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 87–6450.   MARRA v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 87–6489.   HOWARD v. CITY OF FORT MYERS, FLORIDA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–6574.   GIPSON v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 87–6580.   HOMA v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 87–6609.   RHODES v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 87–6612.   WILLIAMS v. YORK STEAK HOUSE ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 87–6617.   TASBY, AKA AMEN-RA v. LEE ET AL.   C. A. 5th Cir.   Certiorari denied.